**Law Offices of Robert A. Pinel, LLC**
1502 Center Street, Suite 201
Bethlehem, Pa 18018

484.821.0400
484.821.0401(fax)
rapinel@pinellaw.com
www.pinellaw.com

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

**July 3, 2024**

July 2, 2024

Honorable Jamel K. Semper, Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: McFerrin v. McInerney and Polakoski
Case #: 2:23-cv-11991-JKS-JRA

Dear Judge Semper:

This letter seeks a twenty-eight day extension of the automatic termination of this case as regards Defendant Raymond Polakoski, from July 12, 2024 to August 9, 2024. Defendant Polakoski's attorney consents to this request. This request does not extend to Defendant McInerney. Settlement has been finalized with him.

Adam Meshkov, Esq. and I represent Lauren McFerrin in the referenced matter. On or about May 13, 2024, the parties informed the Court that this matter had settled. On May 13, 2024, the Court entered an Order scheduling a 60 day case termination for July 12, 2024.

The settlement between Plaintiff and Defendant Polakoski has not been finalized and is uncertain. On Monday, July 1, 2024, Defendant Polakoski's attorney informed Attorney Meshkov and I that Defendant Polakoski intends to file bankruptcy in Virginia (where he resides) and that Defendant Polakoski will not sign any settlement paperwork. Defendant Polakoski has not yet filed bankruptcy and there is no clear information when he will.

Honorable Jamel K. Semper, Judge
July 2, 2024
Page 2

The brief twenty-eight (28) day extension is requested so that Attorney Meshkov and I can obtain a fuller understanding of the current situation, discuss the situation with our client, and determine how to proceed – e.g., motion to enforce settlement, motion to reinstate claim and the like.

The Court's consideration of this request is appreciated.

Respectfully submitted,

Robert A. Pinel

RAP/hs
cc: Adam Meshkov, Esq.
    Scott Wilhem, Esq.

Law Offices of Robert A. Pinel, LLC